UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION MDL No. 1431 (MJD/JGL)

EARL M. HARRIS,

Plaintiff,

v.

Case No. 02-CV-187 MJD

BAYER, A.G.; BAYER CORPORATION, a wholly owned subsidiary of BAYER A.G.; SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE and GLAXOSMITHKLINE plc,

Defendants.

**ORDER**

This 16 day of March, 2003, IT IS HEREBY ORDERED, pursuant to the above Stipulation, that Plaintiff's Complaint in the above-referenced matter is hereby Dismissed with Prejudice, each party to bear its own costs and attorney fees.

Michael J. Davis
UNITED STATES DISTRICT JUDGE

MAR 16 2004
FILED RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS